## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Deanna C. Deanes                                    CHAPTER 13
                                Debtor(s)

                                                    BKY. NO. 21-22238 JAD


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.



                        Respectfully submitted,


                        /s/ Maria D. Miksich
                            Maria Miksich
                            20 Oct 2021, 08:29:21, EDT
                        Brian C. Nicholas, Esq. (317240)  ☐
                        Maria D. Miksich, Esq. (319383)  ☑
                        Rebecca A. Solarz, Esq. (315936)  ☐
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com