Certificate Number: 05781-PAW-DE-036081211

Bankruptcy Case Number: 21-22238



05781-PAW-DE-036081211

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 21, 2021</u>, at <u>11:06</u> o'clock <u>AM PDT</u>, <u>Deanna Deanes</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>October 21, 2021</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>