# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deanna C. Deanes<br>    Debtor(s)<br><br>Lakeview Loan Servicing LLC<br>    Movant<br>vs.<br><br>Deanna C. Deanes<br>    Debtor(s)<br><br>Ronda J. Winnecour,<br>    Trustee | BK NO. 21-22238 JAD<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 16, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Deanna C. Deanes
613 Walnut Street
Irwin, PA 15642

Attorney for Debtor(s)
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 16, 2021

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com