**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deanna C. Deanes<br>      **Debtor(s)**<br><br>Lakeview Loan Servicing LLC<br>      **Movant**<br>  vs.<br><br>Deanna C. Deanes<br>      **Debtor(s)**<br><br>Ronda J. Winnecour,<br>      **Trustee** | BK NO. 21-22238 JAD<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**
**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 11, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Deanna C. Deanes
613 Walnut Street
Irwin, PA 15642

Attorney for Debtor(s)
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: April 11, 2022

                **/s/Brian C. Nicholas Esquire**
                Brian C. Nicholas Esquire
                Attorney I.D. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                201-549-5366
                bnicholas@kmllawgroup.com